252

(No. 6054— ▪▪▪▪▪▪▪)

JOHN B. CUNNINGHAM, Claimant, *vs.* STATE OF ILLINOIS, WHITESIDE COUNTY CIRCUIT MAGISTRATE, Respondent.

*Opinion filed August 30, 1971.*

JOHN B. CUNNINGHAM, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6058— ▪▪▪▪▪▪▪)

CARL ANIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 30, 1971.*

CARL ANIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.